```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 20927
   LUVENIA TELISE WOODARD
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8348

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/08/2007 and was confirmed 07/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 01/07/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
MIDLAND CREDIT MANAGEMEN   UNSECURED          518.41           .00          51.84
EMC MORTGAGE               CURRENT MORTG         .00           .00            .00
EMC MORTGAGE               MORTGAGE ARRE     3312.00           .00        3312.00
PIERCE & ASSOC             MORTGAGE NOTI   NOT FILED           .00            .00
MILLENIUM CREDIT CONSULT   UNSECURED       NOT FILED           .00            .00
B-REAL LLC                 UNSECURED          716.40           .00          71.64
PORTFOLIO RECOVERY         UNSECURED          666.87           .00          66.69
PREMIER BANCARD CHARTER    UNSECURED          409.37           .00          40.94
ORCHARD BANK               UNSECURED       NOT FILED           .00            .00
BALLYS                     UNSECURED       NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1534.27           .00         153.43
HSBC BANK NEVADA NA        UNSECURED          469.40           .00          46.94
B-REAL LLC                 UNSECURED          271.00           .00          27.10
PORTFOLIO RECOVERY ASSOC   UNSECURED          849.43           .00          84.94
PRO SE DEBTOR              DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                         330.17
DEBTOR REFUND              REFUND                                           14.31

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 4,200.00

PRIORITY                                          .00
SECURED                                      3,312.00
UNSECURED                                      543.52
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           330.17
DEBTOR REFUND                                   14.31
                        ---------------    ---------------
TOTALS                  4,200.00             4,200.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20927 LUVENIA TELISE WOODARD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE